## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISSOURI PET BREEDERS ASSOCIATION; STARFISH VENTURES, INC. d/b/a Petland of Hoffman Estates; DAN STAR, and JANET STAR; HAPPINESS IS PETS OF ARLINGTON HEIGHTS, INC.; RONALD BERNING; J & J MANAGEMENT, INC. d/b/a Petland of Chicago Ridge; and JAMES MACIEJEWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF COOK through the Cook County Board of Commissioners; TONI PRECKWINKLE, in her official capacity as President of the Cook County Board of Commissioners; and DONNA ALEXANDER, in her official capacity as Director of the Cook County Department of Animal & Rabies Control; <br><br> Defendants. | Case No.: 14-cv-6930 |

To:   Attorneys of Record via the CM/ECF System

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 13, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall present the attached **Plaintiffs Unopposed Motion to File their Response to the Defendants Motion to Dismiss the Amended Complaint in Excess of the Allowable Page Limits Under Local Rule 7.1** before the Honorable Matthew Kennelly in courtroom 2103 usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois.

Dated: January 8, 2015

Respectfully Submitted,

MISSOURI PET BREEDERS ASSOCIATION
STARFISH VENTURES, INC.; DAN STAR
and JANET STAR; HAPPINESS IS PETS OF
ARLINGTON HEIGHTS, INC.;
RONALD BERNING; J & J MANAGEMENT,
INC.; and JAMES MACIEJEWSKI,

By: /s/ David J. Fish
       One of their Attorneys

David J. Fish
Sarmistha (Buri) Banerjee
The Fish Law Firm, P.C.
200 E. 5th Ave Suite 123
Naperville, IL 60563
630.355.7590

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 8th day of January 2015, he caused a copy of the foregoing **Plaintiffs' Unopposed Motion to File their Response to the Defendants Motion to Dismiss the Amended Complaint in Excess of the Allowable Page Limits Under Local Rule 7.1**

Dated: January 8, 2015   Respectfully Submitted,

MISSOURI PET BREEDERS ASSOCIATION
STARFISH VENTURES, INC.; DAN STAR
and JANET STAR; HAPPINESS IS PETS OF
ARLINGTON HEIGHTS, INC.;
RONALD BERNING; J & J  MANAGEMENT,
INC.; and JAMES MACIEJEWSKI,

By:  /s/ David J. Fish
     One of their Attorneys

David J. Fish
Sarmistha (Buri) Banerjee
The Fish Law Firm, P.C.
200 E. 5th Ave Suite 123
Naperville, IL 60563
630.355.7590