# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 14-CV-6930

Missouri Pet Breeders Association et. al. v. County of Cook
through the Cook County Board of Commissioners, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amicus Curiae Humane Society of the United States

| | |
|---|---|
| NAME (Type or print)<br> Joseph J. Krasovec, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Joseph J. Krasovec, III | |
| FIRM<br> Schiff Hardin LLP | |
| STREET ADDRESS<br> 233 South Wacker Drive, Suite 6600 | |
| CITY/STATE/ZIP<br> Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6201456 | TELEPHONE  NUMBER<br> (312) 258-5500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐