IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MISSOURI PET BREEDERS ASSOCIATION**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **COUNTY OF COOK**, *et al.*, <br><br> **Defendants.** | Case No. 14 CV 6930 <br> The Honorable Matthew Kennelly |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 14, 2015 at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the Motion of the Humane Society of the United States as *Amicus Curiae* for Leave to File a Memorandum of Law in Support of Defendants' Motion to Dismiss, a copy of which has been served to all parties of record using the CM/ECF system.

| Respectfully submitted, | OF COUNSEL |
|---|---|
| /s/ Joseph J. Krasovec, III <br> Joseph J. Krasovec, III <br> Illinois Bar No. 6201456 <br> Brian O. Watson <br> Illinois Bar No. 6304248 <br> SCHIFF HARDIN LLP <br> 233 South Wacker Drive, Suite 6600 <br> Chicago, IL 60606 <br> Telephone: (312) 258-5500 <br> Facsimile: (312) 258-5600 <br><br> *Attorneys for Amicus Curiae* <br> *Humane Society of the United States* | Bruce A. Wagman <br> SCHIFF HARDIN LLP <br> One Market <br> Spear Street Tower, Suite 3200 <br> San Francisco, CA 94105 <br><br> Leah W. Sears <br> John C. Amabile <br> Nicholas F. McDaniel <br> SCHIFF HARDIN LLP <br> One Atlantic Center, Suite 2300 <br> 1201 West Peachtree Street, NW <br> Atlanta, GA 30309 <br> Telephone: (404) 437-7000 <br> Facsimile: (404) 437-7100 |

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that before 5:00 p.m. on this 9th day of January, 2015, the foregoing Notice of Motion was filed electronically with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system, which will send notification to all parties of record.

| | |
|---|---|
| OF COUNSEL | */s/ Joseph J. Krasovec, III*<br>Joseph J. Krasovec, III<br>Illinois Bar No. 6201456 |
| Bruce A. Wagman<br>SCHIFF HARDIN LLP<br>One Market<br>Spear Street Tower, Suite 3200<br>San Francisco, CA 94105 | Brian O. Watson<br>Illinois Bar No. 6304248<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Facsimile: (312) 258-5600 |
| Leah W. Sears<br>John C. Amabile<br>Nicholas F. McDaniel<br>SCHIFF HARDIN LLP<br>One Atlantic Center, Suite 2300<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309<br>Telephone: (404) 437-7000<br>Facsimile: (404) 437-7100 | *Attorneys for Amicus Curiae*<br>*Humane Society of the United States* |