# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Missouri Pet Breeders Association, et al.

                                        Plaintiff,

v.                                                        Case No.: 1:14–cv–06930
                                                            Honorable Matthew F. Kennelly

County of Cook, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to supplement their reply brief with additional authority [41] is granted. The motion of John Amabile to appear pro hac vice [33] is also granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.