**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Missouri Pet Breeders Association, et al.
                      Plaintiff,

v.                                             Case No.: 1:14–cv–06930
                                                        Honorable Matthew F. Kennelly

County of Cook, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 13, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/13/2015. Motion for an injunction or stay pending appeal [57] is amended to include Happiness is Pets Arlington Heights, Inc. Motion [57] is granted. The decision is stayed as to plaintiffs Missouri Pet Breeders Association, Starfish Ventures, Inc., Dan Star, Janet Star, Happiness is Pets Arlington Heights, Inc. and Ronald Berning. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.